FAST MEMORY ERASE, LLC, Plaintiff–Appellant,

v.

INTEL CORPORATION, Numonyx B.V., Numonyx, Inc., Sony Ericsson Mobile Communications AB, Sony Ericsson Mobile Communications (USA), Inc., and Apple Inc., Defendants–Appellees,

and

Motorola, Inc., Defendant–Appellee.

No. 2010–1302.

United States Court of Appeals, Federal Circuit.

June 8, 2011.

Rehearing and Rehearing En Banc Denied Aug. 10, 2011.*

Jeffrey R. Bragalone, Shore Chan Bragalone DePumpo, LLP, of Dallas, TX, argued for plaintiff-appellant. With him on the brief were Patrick J. Conroy and Theresa M. Dawson.

* Circuit Judge Gajarsa did not participate in the vote.

992

Aug. 10, 2011.

E. Joshua Rosenkranz, Orrick, Herrington & Sutcliffe, LLP, of New York, NY, argued for defendant-appellees, Intel Corporation et al. With him on the brief were Chris R. Ottenweller, Craig R. Kaufman, Steven S. Baik and Stacy B. Margolies, of Menlo Park, CA; and Mark S. Davies, of Washington, DC.

Russell E. Levine, Kirkland & Ellis LLP, of Chicago, IL, for defendant-appellee, Motorola, Inc. With him on the brief was Nyika O. Strickland.

Before RADER, Chief Judge, PROST and O'MALLEY, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**